1
2
3
4
5

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

6
7

| | |
|---|---|
| In re:<br><br>HUY-YING CHEN,<br><br>                     Debtor(s).<br>_____<br>HUY-YING CHEN,<br><br>                 Defendant/Appellant,<br><br>    v.<br><br>THE BANK OF NEW YORK MELLON<br>TRUST COMPANY NA,<br><br>               Plaintiff/Appellee. | CASE NO. 2:22-cv-982<br><br>Bankruptcy No. 22-10615-CMA<br><br>Internal Appeal No. 22-S004<br><br>ORDER TO SHOW CAUSE |

On July 15, 2022, this bankruptcy appeal was transferred from the United States Bankruptcy Appellate Panel to District Court. Dkt. No. 1. On August 31, 2023, the Court set the following briefing schedule: Appellant Brief due by October 11, 2022; Appellee Response Brief due by November 10, 2022; and Appellant Reply Brief due November 25, 2022. Dkt. No. 7. Appellant Huy-Ying Chen has not filed a brief.

The Court ORDERS that Appellant Huy-Ying Chen show cause by June 1, 2023, why this bankruptcy appeal should not be dismissed under Fed. R. Civ. P and Local Civil Rule 41(b)

1   for failure to prosecute. Absent a timely response to this Order, the Court shall dismiss this

2   action without prejudice, without further notice to the Appellant.

3          The Clerk of the Court is directed to mail a copy of this order to Appellant's last known

4   physical address on file with the Court.

5

6          Dated this 15th day of May, 2023.

7

8                                          _____
                                           Jamal N. Whitehead
9                                          United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

ORDER TO SHOW CAUSE - 2