UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In re:<br><br>HUY-YING CHEN,<br><br>                Debtor(s). | CASE NO. 2:22-cv-982<br><br>Bankruptcy No. 22-10615-CMA<br><br>Internal Appeal No. 22-S004 |
| HUY-YING CHEN,<br><br>                Defendant/Appellant,<br><br>v.<br><br>THE BANK OF NEW YORK MELLON TRUST COMPANY NA,<br><br>                Plaintiff(s)/Appellee(s). | ORDER OF DISMISSAL |

On July 15, 2022, this bankruptcy appeal was transferred from the United States Bankruptcy Appellate Panel to District Court. Dkt. No. 1. On August 31, 2023, the Court set the following briefing schedule: Appellant Brief due by October 11, 2022; Appellee Response Brief due by November 10, 2022; and Appellant Reply Brief due November 25, 2022. Dkt. No. 7. Appellant Huy-Ying Chen has not filed a brief.

On May 15, 2023, the Court ordered Appellant Huy-Ying Chen to show cause why this bankruptcy appeal should not be dismissed under Fed. R. Civ. P. and Local Civil Rule 41(b) for

ORDER of dismissal - 1

failure to prosecute. Dkt. No. 9 at 1. The Court warned Appellant that if he failed to respond by June 1, 2023, it would dismiss this action without prejudice and without further notice. *Id.* To date, Appellant Huy-Ying Chen has not responded to the Court's order to show cause.

Accordingly, the Court DISMISSES this case without prejudice.

Dated this 30th day of June, 2023.

Jamal N. Whitehead
United States District Judge

ORDER of dismissal - 2